UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 FEB 22  P 2: 13

BY DEPUTY CLERK

CARLOS MCGREW (#413135)

VERSUS

WARDEN TEER, ET AL

CIVIL ACTION

NO. 07-702-JVP-DLD

# RULING ON MOTION FOR SUMMARY JUDGMENT

This matter is before the court on an a motion by defendant, Kenneth Stewart, for summary judgment for plaintiff's failure to exhaust administrative remedies (doc. 16). On January 23, 2008, United States Magistrate Judge Docia L. Dalby issued a report and recommendation that the motion be granted and that plaintiff's claims against Stewart be dismissed (doc. 32).

Carlos McGrew, *pro se* plaintiff, filed an objection wherein he essentially admits to having filed a premature § 1983 complaint (doc. 40). In the objection, he requests, among other things, (1) that his complaint be dismissed entirely, without prejudice, on the condition that the court allow him to forego "up front court costs" (which the court interprets as a waiver of the initial filing fee) should he decide to re-file or, alternatively, (2) that the court reject the recommendation and allow the suit to proceed against all defendants, including Stewart.

As to plaintiff's first request, if the court were to dismiss plaintiff's complaint without prejudice and he chose to re-file, he would not be allowed the luxury of

having the initial filing fee waived. The court therefore denies his request for conditional dismissal. The court denies plaintiff's second request as well, primarily because he admits to having filed a premature complaint.

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby (doc. 32) and after a de novo review of those portions of the report and recommendation to which petitioner objects (doc. 40), the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion by defendant, Kenneth Stewart, for summary judgment (doc. 16) is hereby **GRANTED** and plaintiff's claims against Stewart are hereby dismissed, without prejudice, for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice to the refiling with in forma pauperis status. This matter is referred back to Magistrate Judge Docia Dalby for further proceedings as to the remaining defendants.

Baton Rouge, Louisiana, February 22, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA