UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS MCGREW (#413135)

VERSUS  CIVIL ACTION NO.: 07-702-JVP-DLD

WARDEN TEER, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendants' motions for summary judgment (docs. 39 & 44) are **GRANTED** and the plaintiff's claims against them shall be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice to the refiling with *in forma pauperis* status and this action shall be **DISMISSED** without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 3, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA