UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS MCGREW (#413135)

VERSUS          CIVIL ACTION NO.: 07-702-JVP-DLD

WARDEN TEER, ET AL

## JUDGMENT

Considering the court's ruling dated June 3, 2008;

IT IS HEREBY ORDERED that the claims filed by plaintiff, Carlos McGrew, against defendants, Warden Rayburin Teer, Major Kenneth Stewart, and Deputy Warden James Bueche, are hereby dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice to the refiling with *in forma pauperis* status and this action is **DISMISSED** without prejudice.

Baton Rouge, Louisiana, June 3, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN -3 P 4: 17

BY DEPUTY CLERK